DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CORNELIO HERRERA-MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3174

_____

February 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Larry Keith Meyer, Jr., Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.